IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT EDWARD EATON,   )
                                 )
     Plaintiff,    )
                                 )
     v.    ) Civil Action No. 07-849-JJF
                                 )
COMMISSIONER CARL DANBERG,   )
DEPUTY COMMISSIONER THOMAS,   )
BUREAU CHIEF RICK KEARNEY,   )
ACTING WARDEN BETTY BURRIS,   )
DEPUTY WARDEN DAVID PIERCE,   )
RONALD HOSTERMAN, KEVIN   )
HAZZARD, EVELYN STEVENSON,   )
LT PORTER, CLAUDETTE PETTYJOHN,)
DENNIS SPENCE, D. THOMSON,   )
KENNETH MELBOURNE, SECURITY   )
CHIEF DAVID K. HOLMAN, SARAH   )
SCHRADER, AND ATTORNEY GENERAL )
BEAU BIDEN,   )
                                 )
     Defendants.    )



FILED
JAN 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**AUTHORIZATION**

    I, Robert Edward Eaton, SBI #202059, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $20.50 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated January 10, 2008.

    This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This

authorization shall apply to any other agency into whose custody I may be transferred.

Date: <u>January 14</u>, 2008.

<u>Robert Edward Eaton</u>
Signature of Plaintiff

I/M Robert Eaton
SBI# 202057  UNIT C-CRP
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL-MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 NORTH KING STREET, LockBox #18
WILMINGTON, DELAWARE
            19801-3570