IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT EDWARD EATON              :
                                 :
        Plaintiff,               :
                                 :
   v.                            :   Civ. Action No. 07-849-JJF
                                 :
COMMISSIONER CARL DANBERG,       :
et al.,                          :
                                 :
        Defendants.              :

## ORDER

NOW THEREFORE, at Wilmington this 16 day of April, 2008, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). Amendment of the Complaint would be futile. See Alston v. Parker, 363 F.3d 229 (3d Cir. 2004); Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976).

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE